UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kelly D. Pint,

        Plaintiff,

v.

Carolyn W. Colvin, acting Commissioner of Social Security,

        Defendant.

Civil No. 12-108 (RHK/JJG)

**ORDER**

The above-entitled matter came before the Court upon the February 11, 2013, Report and Recommendation of United States Magistrate Judge Jeanne J. Graham. No objections have been filed to that Report and Recommendation.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 20) is **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment (Doc. No. 15) is **DENIED**; and

3. Defendant's Motion for Summary Judgment (Doc. No. 18) is **GRANTED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 7, 2013

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge